UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:25-cv-21554-JB

JOHN R. BILLINGS,

        Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

        Defendant.

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANTS 13 AND 25

Plaintiff JOHN R. BILLINGS by and through his undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the instant action with prejudice as to the following Defendants:

1. statelytrees (Defendant No. 13 on Schedule "A");
2. MECHIN SHOP (Defendant No. 25 on Schedule "A").

Dated: September 25, 2025

Respectfully submitted,

*/s/ Angela M. Nieves*
ANGELA M. NIEVES
Florida Bar No.: 1032760
angela.nieves@sriplaw.com
JOEL B. ROTHMAN
Florida Bar No.: 98220
joel.rothman@sriplaw.com

**SRIPLAW, P. A.**
21301 Powerline Road
Suite 100
Boca Raton, Florida 33433
561.404.4350 – Telephone

**SRIPLAW**
CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE ◆ TEXAS

561.404.4353 – Facsimile

*Counsel for Plaintiff John Billings*